

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00461-CR

James Ray **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 40th Judicial District Court, Ellis County, Texas
Trial Court No. 37351CR
Honorable Robert (Bob) Carroll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 21, 2014.

_____
Karen Angelini, Justice